IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD HUNT, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>PA. DEPARTMENT OF CORRECTIONS, )<br>JAMES PRICE, ALLADIN SYED, DR. )<br>LATIMORE, PAUL A. NOEL, DR. )<br>SKWIVANSKI, DR. STEVENS, FRED )<br>POLANDO, PHSA/EMSA, STEPHANIE WOOD )<br>PHILLIP JOHNSON, JOAN DELIE, )<br>JEFFREY BEARD, EDWARD SWIERCZEWSKI,)<br>DR. BANDY, DR. WHITE, and DIANE )<br>MANSON, )<br>)<br>Defendants ) | Civil Action No. 03-277<br>Chief Judge Ambrose<br>Magistrate Judge Caiazza |

**ORDER**

Harold Hunt's ("Hunt" or "the Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was transferred to this Court from the United States District Court for the Middle District of Pennsylvania on February 24, 2003, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on April 3, 2007, recommended that Defendants' Motion for Summary Judgment (Doc. 83) be granted. The parties were allowed ten days from the date of service to file objections. The Plaintiff's objections were due on or before April 20, 2007. The Plaintiff filed objections

on May 3, 2007, along with a motion seeking leave to file those objections out of time (Doc. 105).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this ___11th___ day of ___May___, 2007,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to File Objections to the Magistrate Judge's Report and Recommendation Out of Time (Doc. 105) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. 83) is GRANTED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 102), dated April 3, 2007, is adopted as the opinion of the court.

s/Donetta Ambrose
Donetta Ambrose
Chief U.S. District Court Judge

cc:
Harold Hunt
145 North Sherman Street
Apartment 108
Wilkes Barre, PA 18702